**Wilbert HATCHER, Appellant
(Defendant Below),**

v.

**STATE of Indiana, Appellee
(Plaintiff Below).**

No. 49S04–8907–PC–533.

Supreme Court of Indiana.

July 14, 1989.

Susan K. Carpenter, Public Defender, John Pinnow, Deputy Public Defender, Indianapolis, for appellant.

Linley E. Pearson, Atty. Gen., John D. Shuman, Deputy Atty. Gen., Indianapolis, for appellee.

ON PETITION TO TRANSFER

PER CURIAM.

The Court now grants appellant's Petition to Transfer. The decision of the Court of Appeals reported at 523 N.E.2d 446 is adopted and affirmed. Appellate Rule 11(B)(3), Ind.Rules of Procedure.

All Justices concur.